100 A.3d 206

**Judith MOORE, Administratrix of the Estate of Donnie R. Moore, Deceased, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Philadelphia County Courthouse Complex Litigation Center City Hall, Room 622 Philadelphia, PA 19107 and Victor J. Dinubile, Jr., in his capacity as Judge of the Court of Philadelphia County Court of Common Please (Sic) Philadelphia County Courthouse City Hall, Room 143 Philadelphia, PA 19107, Respondents.**

**No. 77 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus and the Application for Leave to File a Reply are **DENIED,** and the Petition to Intervene is **DIS-**

MISSED AS MOOT. The Prothonotary is directed to strike the name of the jurist from the caption.